**Hovsep TAHMAZIAN, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–73824.
Agency No. A76–378–697.

United States Court of Appeals, Ninth Circuit.

Submitted March 5, 2004.*

Decided March 10, 2004.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Asbet A. Issakhanian, Hovsep Tahmazian, Glendale, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Los Angeles District Counsel, Office of the District CounseL, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, David V. Bernal, Attorney, Elisabeth Layton, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before SILVERMAN, GOULD, and BEA, Circuit Judges.

### MEMORANDUM**

Hovsep Tahmazian, a native and citizen of Iran, petitions for review of the Board of Immigration Appeals' ("BIA") summary affirmance of an immigration judge's ("IJ") denial of his applications for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review adverse credibility determinations under a substantial evidence standard. *Gui v. INS*, 280 F.3d 1217, 1225 (9th Cir.2002). We deny the petition.

Inconsistencies in Tahmazian's testimony related to his religious affiliation constituted substantial evidence supporting the IJ's adverse credibility determination. *See Mejia–Paiz v. INS*, 111 F.3d 720, 724 (9th Cir.1997).

We do not consider whether Tahmazian is eligible for relief under the Convention Against Torture, because the record shows this issue was not raised before the IJ or

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

BIA. *See Khourassany v. INS*, 208 F.3d 1096, 1099 (9th Cir.2000).

**PETITION FOR REVIEW DENIED.**